791 F.2d 802
 27 Wage & Hour Cas. (BN 1152
 Larry WORTHINGTON, Roger Cameron, David Davey and Gerald
Kent, Plaintiffs-Appellants, Cross-Appellees,
v.
ICICLE SEAFOODS, INC., a Washington corporation,
Defendant-Appellee, Cross-Appellant.
 Nos. 84-3647, 84-3669.
 United States Court of Appeals,
Ninth Circuit.
 June 12, 1986.
 
 Carlson F. Eller, Tacoma, Wash., for plaintiffs-appellants, cross-appellees.
 Clemons H. Barnes, Eric Rosenquist, Graham & Dunn, Seattle, Wash., for defendant-appellee, cross-appellant.
 ORDER
 Before: WRIGHT, SNEED and ALARCON, Circuit Judges.
 
 
 1
 On a grant of certiorari from our opinion reported at 749 F.2d 1409, superseded by 774 F.2d 349 (9th Cir.1985), the Supreme Court has vacated that opinion and remanded for further proceedings. --- U.S. ----, 106 S.Ct. 1527, 89 L.Ed.2d 739. We erred. The judgment of the district court is affirmed. Let the mandate issue now.